NUMBER 13-99-781-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________ 


JOHNNY B. FIGUEROA, Appellant, 


v.

 
THE STATE OF TEXAS, Appellee. 

____________________________________________________________________ 


On appeal from the 36th District Court of San Patricio County, Texas. 

____________________________________________________________________ 



MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Chavez

Opinion by Justice Hinojosa

 

 The State filed a motion to revoke appellant's community supervision. After considering the motion, the trial court found
appellant had violated the terms of his community supervision, revoked his community supervision, and ordered that he
serve eight years in prison. 

A. Appellant's Appeal

 Appellant's attorney has filed a brief in which she states that she has reviewed the clerk's record and reporter's record and
concludes that appellant's appeal is frivolous and without merit. Anders v. California, 386 U.S. 738 (1967). The brief
meets the requirements of Anders as it presents a professional evaluation showing why there are no arguable grounds for
advancing an appeal. See Stafford v. State, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991). In the brief, appellant's
attorney also states that she has informed appellant of his right to review the appellate record and to file a pro se brief. No
such brief has been filed. 

 Upon receiving a "frivolous appeal" brief, appellate courts must conduct "a full examination of all the proceeding[s] to
decide whether the case is wholly frivolous." Penson v. Ohio, 488 U.S. 75, 80 (1988). We have carefully reviewed the
appellate record and counsel's brief; find nothing in the record that might arguably support the appeal; and agree with
appellant's counsel that the appeal is wholly frivolous and without merit. See Stafford, 813 S.W.2d at 511. 

 The judgment of the trial court is affirmed. 

B. Counsel's Motion to Withdraw

 In accordance with Anders, appellant's attorney has filed a motion to withdraw as counsel for appellant. See Anders, 386
U.S. at 744. We grant the motion to withdraw. We order appellant's attorney to notify appellant of the disposition of this
appeal and of the availability of discretionary review. See Ex parte Wilson, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997). 




FEDERICO G. HINOJOSA 

Justice 



Do not publish. Tex. R. App. P. 47.3. 



Opinion delivered and filed this 

the 14th day of December, 2000.